**Liberty Mutual. SURETY**

# The Ohio Casualty Insurance Company

BOND No. **82C012035**

**KNOW ALL MEN BY THESE PRESENTS:**

That we **Tracy Lynn Hudson** of **121 Hurstborne Ln., Bardstown,. KY 40004**, as Principal

(Insert Full Name [top line] and Address [bottom line] of Principal)

and The Ohio Casualty Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire, (hereinafter called the Surety), are held and firmly bound unto **City of Bardstown, 220 N. Fifth St., Bardstown, KY 40004**

(Insert Full Name [top line] and Address [bottom line] of Obligee)

in the aggregate and non-cumulative penal sum of **One Million and No/100----------------------------** ($ **1,000,000.00** ) DOLLARS, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents

**SIGNED, SEALED and DATED**   **April 1, 2015**

**THE CONDITION OF THE ABOVE OBLIGATION IS SUCH,** That Whereas, the said Principal has been elected or appointed to (or holds by operation of law) the office of **Chief Financial Officer**

for a term beginning on **4/1/15** and ending on **Indefinite**

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, then this obligation shall be void: otherwise to remain in full force and effect.

**THIS BOND** is executed by the Surety upon the following express conditions

First: That the Surety may, if it shall so elect, cancel this bond by giving thirty (30) days notice in writing to **Mayor of City of Bardstown, KY** and this bond shall be deemed canceled at the expiration of said thirty (30) days, the Surety remaining liable, however, subject to all the terms, conditions and provisions of this bond, for any act or acts covered by this bond which may have been committed by the Principal up to the date of such cancelation; and the Surety shall, upon surrender of this bond and its release from all liability hereunder, refund the premium paid, less a pro rate part thereof for the time this bond shall have been in force.

Second: That the Surety shall not be liable hereunder for the loss of any public moneys or funds occurring through or resulting from the failure of, or default in payment by, any banks or depositories in which any public moneys or funds have been deposited, or may be deposited, or placed to the credit, or under the control of the Principal, whether or not such banks or depositories were or may be selected or designated by the Principal or by other persons; or by reason of the allowance to, or acceptance by the Principal of any interest on said public moneys or funds. any law, decision, ordinance or statute to the contrary notwithstanding

Third: That the Surety shall not be liable for any loss or losses, resulting from the failure of the Principal to collect any taxes, licenses, levies, assessments, etc., with the collection of which he may be chargeable by reason of his election or appointment as aforesaid.

By: _____
**Tracy Lynn Hudson**
**THE OHIO CASUALTY INSURANCE COMPANY**

By: _____
**Judy L. Harvey**                              Attorney-in-fact

F-109 c  4/99                    PAGE 1 OF 2

**EXHIBIT B**

# REPORT OF BOND

No. 82C012035

**Liberty Mutual. SURETY**

☒ **The Ohio Casualty Insurance Company**
☐ **West American Insurance Company**
☐ **American Fire & Casualty Company**       Renews No. _____
(Check Co.)

Agency:   Eugene Wilson & Company, Barstown, KY #969141

| 16 | 03 | 1155 |
|---|---|---|
| State Code | Terr. Code | Agency Code |

Principal's Name: **Tracy Lynn Hudson**
Full Address: **121 Hurstborne Ln., Bardstown,. KY  40004**

Obligee's Name:  **City of Bardstown**
Full Address: **220 N. Fifth St., Bardstown, KY  40004**

Description: **Chief Financial Officer**

Bond Amount:   $ 1,000,000.00
Effective date:    4/1/15                          Renewal Date:        4/1/16
Premium:           $1,723.00                    Renewal premium:    $ 1,723.00

Special Commission: _____ (If regular commission, leave blank)

Authorized By:   **Judy L. Harvey**            Signed By:   **Judy L. Harvey**

**Attachments:**               Attached      Will Follow
Application                      ☒              ☐
Copy of Bond                  ☒              ☐
Financial Statement          ☐              ☐
Indemnity Agreement       ☐              ☐

*Credit m pending*
*Rate deviation form attached.*

Remarks:

---

Statistical Information     (Company Use Only)

**Class of Bond:**  Non-contract Surety          **Form of Bond:**  F-109c PUBLIC OFFICIAL BOND

Is Bond Continuous?  ☒ Yes  ☐ No       If no, give exp date:

**Renewal Information**
Definite Term:      ☐ Term Prepaid           ☐ Annual Payment     For _____ Years
Continuous:         ☒ Annual Payment       ☐ Premium Payable   Every _____ Years
Renewal By:         ☐ Continuation certificate  ☐ New Bond, Same #   ☐ New Bond, To Be Furnished

Surety Classification:  **108**

Risk State: **KY**    Tax Town Code: **999**    Kentucky Surcharge: **$31.01**

Bond Service Center Review:  *JH 3-23-15*